THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK WOLK, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 193 of the Agriculture and Markets Law, as a consequence of the sale of a chicken not by net weight. Judgment unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

CORYDON V. SEARING, Respondent, v. WILLIAM GRALNICK, Doing Business under the Firm Name and Style of WILLIAM'S APPAREL SHOPPE, Appellant.— Order of the County Court of Suffolk county denying appellant's motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.